FILED IN CLERK'S OFFICE
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT
OF GEORGIA

2014 OCT 30   PM 1: 21

M. REGINA THOMAS
CLERK

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE | CHAPTER 7 |
| NATIONWIDE WAREHOUSE & STORAGE, LLC, | CASE NO. 01-86600 BEM |
| Debtor | |

## REPORT OF FUNDS PAID INTO THE REGISTRY

1.

During the period from August 20, 2009 to December 20, 2011 claims were paid pursuant to the Amended Chapter 7 Dividend Distribution Report (Docket No. 2285).  Multiple checks were returned or never presented for payment.

2.

Attached hereto as Exhibit "A" is a list of those claimants.  The Trustee has paid the unpaid dividends totaling $213,488.51  into the Registry of the Court pursuant to Bankruptcy Code § 347 and F.R.B.P. 3011.

Prepared by:

Herbert C. Broadfoot II
Chapter 7 Trustee
Georgia Bar No. 083750

Ragsdale, Beals, Seigler, Patterson & Gray, LLP
2400 International Tower
229 Peachtree St. NE
Atlanta, GA 30303-1629
404.588.0500
broadfoot@rbspg.com

| Nationwide Warehouse & Storage, LLC | | |
|---|---|---|
| **Claimant Summary** | | |
| to be paid into the Registry of the Court | | |
| | | |
| | | **Dividend Amt** |
| **Priority Claims** | | |
| City of Detroit Treasurer | Dept 552400 PO Box 5500, Detroit, MI 48255-0240 | 346.22 |
| Jack Willams, Tax Collector | Room 110, Courthouse, Birmingham, AL 35263-0001 | 61.17 |
| **General Unsecured Claims** | | |
| Montgomery Co, ALA by Sara Spear Revenue Commissioner | PO Box 1667, Montgomery, AL 36102-1667 | 1.98 |
| Purewater Dynamics Inc | 74 S. Federal Blvd, Denver, CO 80219 | 8.04 |
| WHAS-TV | BELO Kentucky, Inc., Lockbox 771202, 1202 Solutions Center, Chicago, IL 60677-1002 | 84.79 |
| WSYT-TV | PO Box 631463, Baltimore, MD 21263-1463 | 832.58 |
| KRDO Pikes Peal Broadcasting Co | PO Box 1457, Colorado Springs, CO 80901-1457 | 84.79 |
| Raritan Valley Disposal | 14 Holland Brook Rd., Whitehouse Station, NJ 08889 | 47.05 |
| ACSYS | 5 Concourse Pkwy, Suite 2650, Atlanta, GA 30328 | 102.18 |
| The Mobile Storage Group | c/o Corp. Delaware, Attn: Michelle Morris, 7590 N. Glen Oaks Bv., Burbank, CA 91504 | 17.99 |
| WUPL-TV c\o Banc One | Lockbox 730076, 1801 Royal Lane, Suite 600, Dallas, TX 75229 | 145.35 |
| WALR-FM | PO Box 102043 Annex 68, Atlanta, GA 30368 | 828.75 |
| WOKR-TV | PO Box 20555, Rochester, NY 14602 | 164.48 |
| WVEC-TV | PO Box 227640, Atlanta, GA 30384-7640 | 309.19 |
| Ottawa Penny Saver | 2090 Walkley Rd, Ottowa, ONT  KLG 3V3 | 3,085.79 |
| KARK-TV | PO Box 748 Little Rock, AR 72203 | 145.99 |
| Degruy's HVAC | 2135 Hunstville St., Kenner, LA 70065 | 235.23 |
| Puerto Rico Transport | Royal Industrial Park Bldg I- Barrio Palsas Caatano, PR 00962 | 492.52 |
| Canada China News | 520 Bronson Ave. 1st Fl, Ottawa, ONT K1R 7Y9 | 332.36 |
| Gateway Accessory Store | PO Box 3917, Boston, MA 02241 | 14.54 |
| WKBW-TV | 7 Broadcast Plaza, Buffalo, NY 14202 | 341.06 |
| WKBS-TV | 7 Broadcast Plaza, Buffalo, NY 14202 | 341.06 |

| Nationwide Warehouse & Storage, LLC | | |
|---|---|---|
| **Claimant Summary** | | |
| to be paid into the Registry of the Court | | |
| | | |
| | | Dividend Amt |
| Viking Office Products | 13809 S. Figueroa St., Los Angeles, CA 90061 | 251.56 |
| The Bargain Finder Press | 11642-149 Street, Edmonton, AB T5M 3R3 Canada | 221.21 |
| Ragonese Bros Carting Co | 43-01 19th Ave.  Long Island, NY 11105 | 48.71 |
| Office Distribution Center LLC | 1400 Centinela Ave., #2, Inglewood, CA 90302 | 28.45 |
| KMOV-TV | PO Box 502641, St. Louis, MO 63150-0001 | 422.34 |
| Bargain Finder-CA | 11642-1149 St., Edmonton, AB  T5M 3R3 CANADA | 1,218.08 |
| Calgary Lighting Products | 5336 1A Street, SW, Calgary, AB 2TH 1Y5 CANADA | 19.27 |
| Clarke Electric Co Inc | 13401 Lakewood Heights BV, Cleveland, OH 44107 | 0.29 |
| Orlando Times | 4403 Vineland Rd. Suite B5, Quorum Ctr, Orlando, FL 32811-7180 | 135.45 |
| Transcontinental Weeklies | 1465 St. James St., Winnepeg, MB R3H 0W9 CANADA | 1,244.00 |
| Millennium Pest Service | PO Box 338, Winder, GA 30071 | 14.25 |
| Electro Mail Sort | 1818 Briarwood Ind Ct., Atlanta, GA 30329-1608 | 699.59 |
| Kevin Graham | 1B 415 Egan St., Thunder Bay, ONT P7B 2X2 CANADA | 238.48 |
| KLRA-TV | PO  Box 24036, Little Rock AR 72221 | 120.49 |
| Rahn Building Maintenance Inc | 3473 Satellite Bv, Suite 115, Duluth, GA 30096 | 273.38 |
| City of Newport News VA | City Attorney's Office 2400 Washington, Ave, Newport News, VA 23607 | 2.49 |
| Republic Silver State Disposal Inc | 770 E. Sahara Ave., Las Vegas, NV 89104 | 14.83 |
| WNDY-Channel 23 | POBox 73915, Chicago, IL 60661 | 654.08 |
| CDW Computer Centers Inc | c/o D&B/RMS Bankruptcy Svcs PO Box 5126, Timonium, MD 21094 | 103.43 |
| Green Bay Press Gazette | | 935.72 |
| BDC Painting | PO Box 1651 Brockton, MA 12302 | 613.50 |
| Turner Broadcasting Inc | c/o Rich Pershing, Mgr Corp Col. Svc, 101 Marietta St., 16th Fl., Atlanta, GA 30303-2774 | 1,047.73 |
| Erie Co Water Authority | 350 Elliot Square Bldg, Buffalo, NY 14203 | 5.19 |

| Nationwide Warehouse & Storage, LLC | | |
|---|---|---|
| Claimant Summary | | |
| to be paid into the Registry of the Court | | |
| | | |
| | | Dividend Amt |
| WGGB-TV | PO Box 8500-9985, Philadelphia, PA 19178-9985 | 798.47 |
| Wisconsin Public Service | PO Box 19004, Green Bay, WI 54307-9004 | 39.78 |
| Vanco Trailers Inc | 2237 Koetter Dr., Clarksville, IN 47129 | 160.23 |
| Broward County Revenue | Governmental Center Annex, 115 S. Andrews Ave., Ft. Lauderdale, FL 33301-1898 | 3.52 |
| Narragansett Electric Co | 280 Melrose Street, Providence, RI 02907 | 230.27 |
| Consumers Energy Co | 212 West Michigan Ave., Jackson, MI 49201 | 37.12 |
| Plain Dealer Publishing Co | c/o Weltman, Weinberg & Reis, Co., LPA, 323 Lakeside Ave. West, Ste 200, Cleveland, OH 44113-1099 | 1,680.88 |
| Kansas City KA Board of Public Utilities | PO Box 219661, Kansas City, MO 64121-9661 | 11.46 |
| American Express Travel Related Svcs Co | c/o Becket & Lee LLP PO Box 3001, Malvern, PA 19355-0701 | 162.06 |
| WHSCC | PO Box 160 St. John, NB, E2L 3X9, CANADA | 133.14 |
| The Courier Journal | 525 West Broadway, PO Box 740031, Lousville, KY 40201-7431 | 1,727.45 |
| Culligan Water Conditioning | 16A Northbrook Ln, Shrewsbury, PA 17361 | 5.06 |
| Quality Business System | 5005 S. Royal Atlanta Dr., Tucker, GA 30084 | 64.79 |
| Orlando Utilities Commission | 500 S. Orange Ave., Orlando, FL 32801 | 59.46 |
| The HERALD Sun | 2828 Pickett Rd., Durham, NC 27705 | 1,037.26 |
| Franklin Petroleum Products | 3362 Long Beach, Rd., Oceanside, NY 11572 | 7.82 |
| Spatz Lenters Inc | 14 N. Peoria, Unit 3F, Chicago, IL 60607 | 2,203.00 |
| Sunbelt Furniture Press | PO Box 487, Hickory, NC 28603-0487 | 12.45 |
| Clear Channel Communications | 4002 Gandy Blvd, Tampa, FL 38611 | 1,303.05 |
| Rays Trash Service Inc | Drawer 1, Clayton, TN 46118 | 9.99 |
| Southside Shopper Inc | PO Box 449, Garner, NC 27529 | 76.23 |
| Anthony Inc | 10 Lincoln Street, Kansas City, KS 66103 | 16.52 |
| Chattanooga Fire Protection | 1818 Broad Street, Chattanooga, TN 37408 | 2.11 |
| The Westender Incd/b/a The Focus | PO Box 775, Brodheadsville, PA 18322 | 78.49 |

| Nationwide Warehouse & Storage, LLC | | Dividend Amt |
|---|---|---|
| **Claimant Summary** | | |
| to be paid into the Registry of the Court | | |
| | | |
| WBTV-TV | PO Box 65696, Charlotte, NC 28265 | 324.17 |
| Columbia Television Broadcasters Inc | dba WOLO, PO Box 4217, Columbia, SC 29240 | 235.88 |
| WYOU-TV | PO Box 820039, Philadelphia, PA 19182-0039 | 190.93 |
| Chicago Sun Times | 401 N Wabash Ave., Chicago, IL 60611-3532 | 2,100.00 |
| Modern Disposal Service | 4746 Model City Rd, PO Box 209, Model City, NY 14107-0209 | 17.60 |
| Times-Picayune | 3800 Howard Ave., New Orleans, LA 70125-1429 | 2,836.35 |
| Fire Fighter Sales & Service Inc | 3015 Madison Ave. SW, Grand Rapids, MI 49548 | 4.98 |
| MFTF, LLC d/b/a Steel City Media | 650 Smithfield St. Suite 2200, Pittsburgh, PA 15222 | 281.25 |
| Centex Pest Management | 5005A West W.T. Harris Bv, Charlotte, NC 28269 | 6.45 |
| Strata Marketing Inc | 1 E. Wacker, Ste 2304, Chicago, IL 60601 | 194.97 |
| Aries Telecomminucations Corp | dba WGBA TV 26, 1391 North Rd., Green Bay, WI 54313 | 384.41 |
| Ariest Telecommunications Corp | dba WACY TV and UPN 32 1391 North Rd., Green Bay, WI 54313 | 212.61 |
| Boston Herald | One Herald Square, Boston, MA 02118 | 4,698.86 |
| NADIC Newspapers Inc | Chicago Northwest Side Press, 4937 N. Milwaukee Ave., Chicago, IL 60630 | 300.00 |
| Quinlivan Pierk & Krause Architects | 450 S. Salina St., Syracuse, NY 13202 | 38.67 |
| Austin American Statesman | PO Box 6710 Austin, TX 78767 | 709.96 |
| KTVD-TV | PO Box 6522 11203 E. Peakview Ave., Englewood, CO 80155 | 1,009.16 |
| Florida Pest Control & Chemical Co | 2820 Spring Glen Rd., Jacksonville, FL 32207 | 6.14 |
| Nstar Gas, a Corporation | c/o Michael K. Callahan, 800 Boyleston St, 17th Fl, Boston, MA 02199 | 15.59 |
| Entravision Communications LLC | 5426 N. Mesa, El Paso, TX 79912 | 622.84 |
| WSWB-TV | 1181 Hwy 315,            Plains, PA 18702 | 103.59 |
| WOLF-TV | 1181 Hwy 315,            Plains, PA 18702 | 290.70 |
| North Carolina Natural Gas | Progress Energy, Inc., PO Box 1551, Raleigh, NC 27602 | 6.80 |
| Free Lance Star | 616 Amelia St., Fredricksburg, VA 22401 | 636.89 |

| Nationwide Warehouse & Storage, LLC | | |
|---|---|---|
| **Claimant Summary** | | |
| to be paid into the Registry of the Court | | |
| | | |
| | | Dividend Amt |
| Lynwood Roberts, Tax Collector | c/o Edward C.Tanned, Esq. 117 W. Duval St., Suite 480, Jacksonville, FL 32202 | 10.67 |
| WKMG Television | c/o Szabo Assoc., Inc. 3355 Lenox Rd., 9th Floor, Atlanta, GA 30326 | 245.44 |
| Parker Motor Freight | 1025 Ken-O-Sha Dr., SE, Grand Rapids, MI 49508 | 249.77 |
| WWWB-TV (formerly WFVT) | PO Box 60953, Charlotte, NC 28260 | 373.89 |
| WJZY-TV/WFVT-TV | PO Box 60953, Charlotte, NC 28260 | 468.24 |
| WCPO-TV | 500 Central Avenue, Cincinnati, OH 45202 | 96.58 |
| Leonard Saraga & Frieda Saraga | c/o Leonard Alterman, Atty, 9116 Cypress Green Dr., # 207, Jacksonville, FL 32256 | 90.49 |
| WXIA-TV | 1611 W. Peachtree St., NE, Atlanta, GA 30309 | 843.41 |
| Rogan Brothers Sanitatin Inc | PO Box 1076, Yonkers, NY 10703 | 85.25 |
| The Calgary Sun | PO Box 4659 Station C., Calgary, AB T2T 5P1, CANADA | 4,602.26 |
| Evening Post Publishing Co | 134 Columbus St., Charleston, SC 29401 | 1,086.32 |
| WTKR-TV | 720 Boush Street, Norfolk, VA 23510 | 329.27 |
| Superior Safety Inc | 782 MacDonnell St., Thunder Bay, ON P7B 4A6 CANADA | 4.67 |
| WHTA-FM 97.5 | Radio One, Inc. 5900 Princess Garden Pkwy, Attn Sonya Hall-Harris, Lanham, MD 20706 | 543.47 |
| WFXT-TV | PO Box 9125 Dedham, MA 02027-9125 | 558.45 |
| Blueline Protection Services LLC | 12407 Farminton Rd. #202, Livonia, MI 48150 | 384.47 |
| WMOR-TV | 7201 E. Hillsborough, Ave., Tampa, FL 33610 | 147.26 |
| Journal Sentinel Inc | Kohner, Mann & Kallas, S.C., 1572 East Capitol Dr., PO Box 11982, Milwaukee, WI 53211-0982 | 2,292.83 |
| Jacksonville Electric Authority | c/o N. McQuaig, 21 W. Church St., Jacksonville, FL 32202-3139 | 177.29 |
| WTVD-TV | Capital Cities/ABC; PO Box 5564 GPO, New York, NY 10087 | 255.32 |
| NYSEG | PO Box 5240, Binghamton, NY 13902 | 103.87 |
| WISN-TV | 759 N. 19th St., Milwaukee, Wi 53233 | 475.58 |

Exhibit "A" Page 5

| Nationwide Warehouse & Storage, LLC | | |
| --- | --- | --- |
| Claimant Summary | | |
| to be paid into the Registry of the Court | | |
| | | |
| | | Dividend Amt |
| WPIX-TV | 220 East 42nd St., New York, NY 10017 | 9,288.38 |
| World Imports Ltd | 11000 Roosevelt Blvd., Philadelphia, PA 19116 | 14,412.94 |
| WVUE-TV | 1025 S. Jeff Davis Pkwy, New Orleans, LA 70125-1218 | 192.21 |
| Mantua Mfg.Co | 7900 Northfield Rd., Walton Hills, OH 44146 | 18,750.00 |
| Albuquerque Publishing Co | c/o Aldridge, Grammer, Jeffrey & Hammar, PA, 1212 Pennsylvania NE, Albuquerque, NM 87110 | 1,538.80 |
| Silver Drive Partners | 150 East Broad St. Ste 800, Columbus, OH 43215 | 598.76 |
| Waste Management of Central PA | 4300 Industrial Park Rd., Camp Hill PA 17011 | 106.51 |
| Development Trust | c/o Haufler Associates, 22 Washington St., Norwell, MA 02061 | 1,749.34 |
| Hi Rise Communications | 3-1010 Polytek St., Glouchester ON K1J 9H8 CANADA | 433.35 |
| Public Service Co of Colorado | 1125 - 17th St., Denver, CO 80202-4204 | 209.13 |
| Hi-Way 13 Transport Ltd | PO Box 1180, Camrose, Alberta T4V 1X2 CANADA | 4.70 |
| VSC Communications, Inc d/b/a WUPA-TV | 2700 NE Expressway  Bldg A, Atlanta, GA 30345 | 759.26 |
| The Progress-Index | PO Box 71, 15 Franklin St., Petersburg, VA 23803-4503 | 662.84 |
| UGI Utilities Inc | PO Box 13009, Reading, PA 19612-3009 | 16.36 |
| City Public Service Credit Section | PO Box 1771, San Antonio, TX 78296-1771 | 143.78 |
| Vannet Distribution Systems | 3355 Grandview Hwy, Vancouver, BC V5M 1Z5 CANADA | 999.33 |
| The Daily News | PO Box 8330 Station A, Halifax, NS B3K 5M1 CANADA | 1,630.63 |
| A Better Business Center, LLC | 228 N. Cascade Ave., Ste 301, Colorado Springs, CO 80903 | 1,291.82 |
| The Edmonton Sun | #250 4990-92 Ave, Edmonton, AL CANADA | 4,545.64 |
| CWP Limited Partnership | 1505 Ohio Savings Plaza, Cleveland, OH 44114 | 400.75 |
| WISH-TV | PO Box 7088, Indianapolis, IN 46207 | 589.05 |
| WCVB-TV | 5 TV Place, Needham, MA 02494-2396 | 341.06 |
| Journal Broadcast Group Inc d/b/a WTMJ | 720 E Capital Dr., Milwaukee, WI 53212 | 621.70 |

| Nationwide Warehouse & Storage, LLC | | |
|---|---|---|
| Claimant Summary | | |
| to be paid into the Registry of the Court | | |
| | | |
| | | Dividend Amt |
| Infinity Broadcasting | 5510 Gray Street, Ste 130, Tampa, FL 33609 | 437.33 |
| Xcel Energy | 1518 Chestnut Ave. N, Minneapolis, MN 55403 | 146.51 |
| WCNC-TV | 1001 Ridge Ctr Dr., Charlotte, NC 28217-1901 | 201.45 |
| WKRN-TV | 441 Murfreesboro Rd., Nashville, TN 37210 | 73.31 |
| ACE Auto & Plate Glass Co Inc | 1440 VFW Parkway, Rte 1, West Roxbury, MA 02132 | 15.86 |
| City of Charlotte | Billing Center 600 E. 4th St., Charlotte, NC 28250-0001 | 42.59 |
| National Broadcasting Co Inc | c/o NBC Inc. Attn: Mary McKenna 30 Rockefellerl Plaza, Room 5129E, New York, NY 10112 | 15,791.83 |
| WREG-TG | 803 Channel 3 Drive, Memphis, TN 38103 | 50.36 |
| Benderson 1985-1 Trust | Susan Hassinger, Esq., 570 Delaware Ave, Buffalo, NY 14202 | 268.88 |
| Long Island Lighting Co | c/o Elisa M. Pugliese, Esq.  One Metro Tech Ctr. Legal Dept., 21st Fl., Brooklyn, NY 11201 | 174.74 |
| The Plumbing Works | PO Box 19612, Reading, PA 19612 | 8.04 |
| Indianapolis Power & Light Co | PO Box 110  Indianapolis, IN 46206 | 342.18 |
| AJILON f/k/a Accountants on Call | Park 80 West Plaza II, 9th Fl., Saddle Brook, NJ 07663 | 91.58 |
| Okolona Pest Control | PO Box 19201, Louisville, KY 40259-0201 | 7.35 |
| Chief Fire Equipment & Service | 269 Main St. PO Box 735, Lodi, NJ 07644 | 25.20 |
| WNEP-TF | 16 Montage Mountain Rd., Moosic, PA 18507 | 283.37 |
| Professional Security Services Inc | c/o Erin E. Casey, Esq.  PO Box 31, Lincoln, RI 02865 | 327.47 |
| Daily News LP | 125 Theodore Conrad Dr., Jersey City, NJ 07305 | 17,332.85 |
| WKBD 50 of Detroit | Lockbox #21722 Network Pl., Chicago, IL 60673-1217 | 689.25 |
| Joseph Little | 1055 Bradley Road, Westlake, OH 44145 | 9.23 |
| USF Dugan, Inc | Attn: James Barton            PO Box 9448            Wichita, KS 67277-0448 | 704.92 |
| Security Link-ADT | PO Box 90011076, Lousiville, KY 40290-1076 | 29.13 |
| Vallen Safety Supply Co | PO Box 200097, Houston, TX 77216 | 3.60 |

| Nationwide Warehouse & Storage, LLC | | Dividend Amt |
|---|---|---|
| **Claimant Summary** | | |
| *to be paid into the Registry of the Court* | | |
| | | **Dividend Amt** |
| Augusta-Richmond Co Utilities Dept | Clerk US Bankruptcy Court | 4.73 |
| Danone Waters of North America | Clerk US Bankruptcy Court | 6.28 |
| The Gaston Gazette | PO Box 1538, Gastonia, NC 28053 | 103.27 |
| Standard Key & Lock Co | Clk US Bktcy Ct | 3.15 |
| Daily Press | PO Box 4394 Chicago, IL 60680 | 475.54 |
| WTVZ-TV | PO Box 65086 Charlotte, NC 28625-0085 | 238.74 |
| All Season Door Repair | 5135 Riverour Drive, Colorado Spr, CO 80916 | 47.25 |
| Sangiorgio Designs | 230 W Carob St, Compton, CA 90220 | 928.00 |
| The York Water Co | Clk US Bktcy Ct | 1.94 |
| David P. Kelliher, Esq | c/o Rouse Co 10275 Little Patuxent Pkwy, Columbia, MD 21104 | 159.88 |
| Kinko's | 1000 Town Ctr Dr. Ste 400, Oxnard, CA 93030 | 2.72 |
| Fairview Curtis Partnership | c/o Thornton Oliver Keller, 250 S. Fifth St., 2nd Fl, Boise, ID 83702 | 659.12 |
| WMMP-TV | PO Box 65469 Charlotte, NC 28265-0469 | 143.44 |
| Express Scripts | 13900 Riverport Dr., Maryland Hghts, MO 63043 | 16.51 |
| Belmont Springs Water Co | PO Box 3229, Lancaster, PA 17604-3229 | 34.12 |
| CBA | 50 Eisenhower Dr., PO Box 917, Paramus, NJ 07653-0917 | 582.69 |
| Pacific & Southern Inc d/b/a WLTX-TV | 6027 Garners Ferry Rd, Columbia, SC 29209 | 149.18 |
| T. Bay post Inc | 87 N Hill St. Thunder Bay, ON P7A 5V6 CANADA | 300.94 |
| Indianapolis Newspapers Inc | PO Box 145, Indianapolis, IN 46206-0145 | 1,484.80 |
| WTAT-TV | PO Box 65591 Charlotte, NC 28265 | 124.31 |
| New Brunswick Power | 515 King St. PO Box 2000 Fredericton NB E3B 4X1 CANADA | 149.63 |
| Want Ads of Clearwater/St. Petersburg | Thrifty Nickle 1703 S Missouri Ave, Clearwater, FL 33614 | 178.50 |
| San Antonio Water System | 6655 First Park Ten, Suite 116, San Antonio, TX 78213 | 9.91 |
| NY Interconnect | c/o Rainbow Advertising Sales Corp;, 1111 Stewart Ave., 2nd Fl, Bethpage, NY 11714 | 12,149.16 |

| Nationwide Warehouse & Storage, LLC | | |
|---|---|---|
| Claimant Summary | | |
| to be paid into the Registry of the Court | | |
| | | |
| | | Dividend Amt |
| U S Dept of Labor/Wage & Hour Division | 881 Fed. Office Bldg. 1240 East 9th St., Cleveland, OH 44199 | 5,491.82 |
| Peterson Equities LLC | 1912 N. Taft Ave. , Loveland, CO 80538 | 631.19 |
| Washington Post | 1150 15th St. NW, PO Box A200, Washington, DC 20071-7100 | 13,022.57 |
| Ford & Harrison, LLP | 1275 Peachtree St. Suite 600, Atlanta, GA 30309 | 477.42 |
| Reading Eagle Company | 345 Penn St.,                 Reading, PA 19601 | 755.42 |
| Dancheck Inc | 681 Main St., , Edwardsville, PA 18704-2508 | 1.98 |
| Georgia Power Co | Bin 80002 2500 Patrick Henry Blvd, McDonough, GA 30253 | 684.75 |
| Commercial Door Services Inc | 30 Potomac St., Aurora, CO 80011 | 50.80 |
| KMWB | 1640 Como Ave, St. Paul, MN 55423 | 505.86 |
| WDWB-TV | 27777 Franklin Rd, Ste 1220, Southfield, MI 48034 | 370.39 |
| David Gonzalez | 342 Wilbraham Rd,, Springfield, MA 01109-2728 | 33.78 |
| Southeastern Newspaper Corp | PO Box 1928, Augusta, GA 30903 | 1,538.95 |
| WABC-TV Inc | Attn David Dykhouse 1133 Avenue of the Americas, New York, NY 10036-6710 | 5,610.00 |
| Kathleen Friel Hobson LLC | 2035 Carondelet St, Suite 400, New Orleans, LA 70130 | 24.15 |
| JB Freight Inc | PO Box 23406, Chagrin Falls, OH 44023 | 190.67 |
| Grand Rapid Water System | 1101 Monroe Ave, NW, Grand Rapids MI 49503 | 13.63 |
| Tiffany Levine | Clk US Bktcy Ct | 4.09 |
| Rapidash Courier Company | PO Box 71415 Newnan, GA 30271 | 38.25 |
| San Juan Star | PO Box 64187 San Juan, Puerto Rico 00936-4187 | 170.10 |
| Ehrlich Termite & Pest Control | Clk US Bktcy Ct | 4.28 |
| Hispanic Broadcasting Corporation | KROM 1777 NE Loop 410, Suite 400, San Antonio, TX 78217 | 170.85 |
| Hispanic Broadcasting Corporation | KROM 1777 NE Loop 410, Suite 400, San Antonio, TX 78217 | 382.50 |
| Hispanic Broadcasting Corporation | KROM 1777 NE Loop 410, Suite 400, San Antonio, TX 78217 | 307.28 |
| Office Depot Inc | Bankruptcy Dept 8200 E. 32nd North, Wichita, KS 67226 | 853.35 |

| Nationwide Warehouse & Storage, LLC | | |
|---|---|---|
| Claimant Summary | | |
| to be paid into the Registry of the Court | | |
| | | |
| | | Dividend Amt |
| City of New York Dept of Consumer Affairs | 42 Broadway, 9th Floor, NY, NY 10004 | 630.00 |
| Michelle Swislow | c/o Darryl Laddin, 2800 1 Atlantic Center, 1201 W. Peachtree St. Atlanta, GA 30309-3450 | 444.24 |
| Meeting Street | 667 Waterman Ave., East Providence, RI 02914 | 889.48 |
| Charlotte-Mecklenburg Co Tax Collector | 700 E. Stonewall St., PO Box 31457, Charlotte, NC 28231 | 0.38 |
| WRAL-TV | 2619 Western Blvd, Raleigh, NC 27605 | 388.88 |
| Developers Diversified Realty Corp | Ray S. Smith, III 3554 Habersham at Northlake, Tucker, GA 30084 | 448.30 |
| OTR Matthew J. Vulanich | Transwestern Commercial, 3959 Pender Dr, Ste 105, Fairfax, VA 22030 | 1,308.57 |
| Fort Wayne New Haven Assoc | 205 E. 42nd St., Suite 11916, New York, NY 10017 | 1,100.38 |
| Rocky Mountain Fire & Safety Inc | PO Box 810 Comm. City, CO 80037 | 54.14 |
| Columbus Water Works | PO Box 1600, Columbus, GA 31903-1600 | 0.61 |
| Clear Channel Comm | 1331 Main Stret, Springfield, MA 01103 | 59.93 |
| WKFT-TV | PO Box 2509, Fayetteville, NC 28302-2509 | 102.64 |
| Nova Distribution Services | 50 Bancroft St., Hamilton, ONT L8E 2W5 | 1,454.55 |
| Unified Realty Mgmt., LLC | Westerman Ball Ederer 170 Old Country Rd., Mineola, NY 11550 | 2,188.12 |
| Treasurer of Spotslyvania | PO Box 65 Spotsylvania, PA 22553 | 3.98 |
| Latino International Newspaper | 672 N Semoran Bv, Ste 304, Orlando, FL 32807 | 51.00 |
| Crown Media | 3700 Crestwood Pkwy #900, Duluth, GA 30096 | 478.13 |
| Sauder Woodworking Co | 100 East Pratt St., 5th Fl, Baltimore, MD 21202 | 3,811.47 |

```
            U. S. BANKRUPTCY COURT
         NORTHERN DISTRICT OF GEORGIA
              ATLANTA DIVISION

            # 01208147 - RW
            October 30, 2014


  Code      Case No     Qty      Amount  By

UC          01-86600      1     $407.39  CK
   Judge  - Not Yet Assigned [BEM]
   Debtor - NATIONWIDE WAREHOUSE
UC          01-86600      1  $213,081.12 CK
   Judge  - Not Yet Assigned [BEM]
   Debtor - NATIONWIDE WAREHOUSE


TOTAL:                       $213,488.51


FROM:  Herbert C. Broadfoot, II
       2400 International Tower
       229 Peachtree Street
       Atlanta, GA 30303
```

Page 1