UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN THE MATTER OF: | CHAPTER 7 |
| NATIONWIDE WAREHOUSE & STORAGE, LLC, | CASE NO. 01-86600-BEM |
| Debtor. | |

**ORDER FOR PAYMENT OF UNCLAIMED FUNDS**

On October 30, 2014, Trustee herein filed a Notice and Payment into the Court for Unclaimed Funds and issued a check to the Clerk, U.S. Bankruptcy Court, for deposit into the Registry of the Court in the amount of $17,332.85 on behalf of creditor Daily News, L.P. (the "Unclaimed Funds").

On November 19, 2014, Daily News, L.P. ("Claimant") filed a Petition for Payment of Unclaimed Funds to collect them. The petition and the documents attached thereto establish that Claimant is entitled to the Unclaimed Funds; accordingly, it is hereby

ORDERED that the Clerk, U.S. Bankruptcy Court, shall issue a check in the amount of $17,332.85, payable to Daily News, L.P. and shall send said check to payee at the following address: 125 Theodore Conrad Drive, Jersey City, New Jersey 07305.

IT IS SO ORDERED this the 3rd day of December, 2014.

_____
Judge Barbara Ellis-Monro
UNITED STATES BANKRUPTCY JUDGE

Prepared by:
Patricia K. Schlegel
Vice President and Associate General Counsel
Daily News, L.P.
4 New York Plaza
New York, NY 10004
212-210-2100
New York State Bar No. 2194538
pschlegel@nydailynews.com
Counsel for Daily News, L.P.