UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NUMBER: 01-86600-bem |
| NATIONWIDE WAREHOUSE | ) | |
| & STORAGE, LLC. | ) | CHAPTER 7 |
| | ) | |
| DEBTOR | ) | |

ORDER FOR PAYMENT OF UNCLAIMED FUNDS

On October 30, 2014, the Trustee filed a Notice and Payment into the Court for Unclaimed Funds and issued a check to the Clerk, U. S. Bankruptcy Court, for deposit into the Registry of the Court in the amount of $18,750.00 on behalf of creditor MANTUA MFG COMPANY (the "Unclaimed Funds").

On November 18, 2014, MANTUA MFG COMPANY ("Claimant") filed a Petition for Payment of Unclaimed Funds to collect them. The petition and the documents attached thereto establish that Claimant is entitled to the Unclaimed Funds. Accordingly, it is hereby

ORDERED that the Clerk, U.S. Bankruptcy Court, shall issue a check in the amount of $18,750.00 payable to MANTUA MFG COMPANY and shall send said check to payee at the following address: 7900 Northfield Road, Walton Hills, OH 44146.

IT IS SO ORDERED, this the 3rd day of December, 2014.

_____
BARBARA ELLIS-MONRO
UNITED STATES BANKRUPTCY JUDGE

Prepared by:
Mantua Mfg Company
7900 Northfield Road
Walton Hills, Ohio 44146
440-232-8865
440-232-5655 Fax
eweintraub@bedframes.com