UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NUMBER: 01-86600-bem |
| | ) | |
| Nationwide Warehouse & | ) | |
| Storage, LLC | ) | CHAPTER 7 |
| | ) | |
| DEBTOR(s) | ) | |

## ORDER FOR PAYMENT OF UNCLAIMED FUNDS

On October 30, 2014, the Trustee filed a Notice and Payment into the Court for Unclaimed Funds and issued a check to the Clerk, U. S. Bankruptcy Court, for deposit into the Registry of the Court in the amount of $4,698.86 on behalf of Boston Herald ("Claimant").

On December 2, 2014, Claimant filed a Petition seeking payment. The petition and the documents attached thereto establish that Claimant is entitled to the Unclaimed Funds. Accordingly, it is hereby

ORDERED that the Clerk, U.S. Bankruptcy Court, shall issue a check in the amount of $4,698.86 payable to Boston Herald, and shall send said check to payee at the following address:

c/o American Property Locators, Inc.
3855 South Boulevard, Suite 200
Edmond, OK   73013

IT IS SO ORDERED, this the 10th day of December, 2014.

Barbara Ellis-Monro
UNITED STATES BANKRUPTCY JUDGE