UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE:<br>NATIONWIDE WAREHOUSE<br>AND STORAGE, LLC, ET AL<br><br>DEBTOR | ) CASE NUMBER 01-86600-bem<br>)<br>)<br>) CHAPTER 7<br>)<br>)<br>) |

### ORDER FOR PAYMENT OF UNCLAIMED FUNDS

On October 30, 2014, Trustee herein filed a Notice and Payment into the Court for Unclaimed Funds and issued a check to the Clerk, U.S. Bankruptcy Court, for deposit into the Registry of the Court in the amount of $444.24 on behalf of creditor Michelle Swislow.

On February 17, 2015, Michelle Swislow ("Claimant") filed a Petition for Payment of Unclaimed Funds to collect them. The petition and the documents attached thereto establish that Claimant is entitled to the Unclaimed Funds. Accordingly, it is hereby

ORDERED that Clerk, U.S. Bankruptcy Court shall issue a check in the amount of $444.24 payable to Michelle Swislow, and shall send said check to payee at the following address:

        4486 Fergus Way
        Atlanta, GA  30338

**IT IS SO ORDERED**, this the 23rd day of February, 2015.

Barbara Ellis-Monro
UNITED STATES BANKRUPTCY JUDGE