# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

In re:  **NATIONWIDE WAREHOUSE & STORAGE, LLC**           Case #   **01-86600**
                                                          Chapter   7

## ORDER FOR PAYMENT OF UNCLAIMED FUNDS

On **October 23, 2014**, Trustee herein filed a Notice and Payment into the Court for Unclaimed Funds and issued a check to the Clerk, U.S. Bankruptcy Court, for deposit into the Registry of the Court in the amount of **$2,203.00** on behalf of creditor **Spatz Center, Inc.** (the "Unclaimed Funds").

On **April 6, 2015**, **JM Partners LLC, Assignee of Spatz Centers, Inc.** ("Claimant") filed a Petition for Payment of Unclaimed Funds to collect them. The petition and the documents attached thereto establish the Claimant is entitled to the Unclaimed Funds; accordingly, it is hereby

ORDERED that the Clerk, U.S. Bankruptcy Court, shall issue a check in the amount of **$2,203.00** payable to **JM Partners LLC, Assignee** and shall send said check to payee at the following address: **6800 Paragon Place, Suite 202, Richmond, VA 23230-1656.**

IT IS SO ORDERED this the _1st_ day of _June_, 20_15_.

Barbara Ellis-Monro
UNITED STATES BANKRUPTCY JUDGE

**Prepared by:**
John Marshall / Managing Member
JM Partners LLC
6800 Paragon Place, Suite 202
Richmond, VA  23230-1656
Phone 804-285-0807 Fax 804-285-0939
jmarshall@jmpartnersllc.com