IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: | CHAPTER 7 |
| NATIONWIDE WAREHOUSE & STORAGE, LLC, | CASE NO. 01-86600-BEM |
| Debtor. | |

## NOTICE OF PAYMENT OF FUNDS INTO COURT

Herbert C. Broadfoot II, Trustee herein, represents to the Court that certain creditors of the captioned Debtor were issued dividends on January 6, 2015. Pursuant to 11 U.S.C. Section 347(a) and F.R.B.P. 3011, the Trustee is paying unclaimed dividends in the amount of $107,037.72 into the United States Bankruptcy Court. The creditors whose dividends remain unclaimed are:

| CREDITOR | AMOUNT |
|---|---|
| Cass Communications<br>c/o Alloy, Inc.<br>50 W. 23rd Rear 10<br>New York, NY 10010 | $5,054.47 |
| City Management Group, Ltd.<br>c/o Earl Weiss, Registered Agent<br>21190 Center Ridge Road<br>Rocky River, OH 44116 | $741.78 |
| National Cable Communications Credit & Recovery<br>1025 Old Country Road, Suite 303S<br>Westbury, NY 11590 | $23,216.36 |
| Gypsy Ann Rodriquez<br>c/o Michelle Begley<br>1284 Elm Street, Suite 3<br>West Springfield, MA 01089 | $1,530.00 |

| | |
|---|---|
| WAVY-TV<br>Communications Credit and Recovery<br>1025 Old Country Road, Suite 303S<br>Westbury, NY 11590 | $287.83 |
| WDWB-TV<br>27777 Franklin Road, Suite 1220<br>Southfield, MI 48034 | $370.39 |
| WVBT-TV<br>Communications Credit and Recovery<br>1025 Old Country Road, Suite 303S<br>Westbury, NY 11590 | $210.69 |
| John Meltzer Properties<br>c/o Briggs Crowder, LLC<br>4621 West Napoleon Avenue, Suite 106<br>Metairie, LA 70001 | $9.00 |
| ADT SECURITY SER CANADA, INC.<br>940 6TH AVENUE S, SUITE 700<br>CALGARY, ALBERTA T29 3T1<br>CANADA | $188.18 |
| AT&T CANADA<br>P.O. BOX 333<br>STATION M<br>TORONTO, ONTARIO M6S 4W9<br>CANADA | $231.95 |
| EPCOR<br>10065 JASPER AVENUE, NW<br>EDMONTON ALBERTA T5J 3B1<br>CANADA | $136.43 |
| Radio One, Inc.<br>5900 Princess Garden Pkwy<br>Lanham, MD 20706 | $160.65 |
| Republic K.C. Real Property<br>2101 Crawford Suite 220<br>Houston, TX 77002 | $523.41 |
| Rogan Brothers Sanitation<br>P.O. Box 1076<br>Yonkers, NY 10703 | $85.25 |

| | |
|---|---|
| Winnepeg Free Press<br>1355 MOUNTAIN AVENUE<br>WINNIPEG MANITOBA R2X 3B6<br>CANADA | $304.93 |
| Viking Office Products, Inc.<br>Attn: Bankruptcy Dept.<br>8200 E. 32nd North<br>Wichita, KS 67226 | $174.38 |
| City of Austin<br>Attn: Don V. Ploeger, Asst. Attorney<br>P.O. Box 96<br>Austin, TX 78767 | $120.15 |
| The Commercial Appeal<br>495 Union Ave.<br>Memphis, TN 38103 | $2,252.93 |
| Gilroy Downes Horowitz & Goldstein<br>67 Wall Street, Suite 2401<br>New York, NY 10005-3101 | $1,053.72 |
| Republic Services of NJ<br>Midco Waste Division<br>5 Industrial Drive<br>New Brunswick, NJ 08901 | $86.63 |
| Montgomery County MD<br>c/o Nadean Pederson, Asst. Co. Attorney<br>101 Monroe Street<br>Rockville, MD 20850 | $45.00 |
| Orlando Sentinel<br>Tribune Finance Service Center<br>435 N. Michigan Avenue, 2nd Floor<br>Chicago, IL 60611 | $675.00 |
| Alabama Media Group<br>The Birmingham News<br>1731 1st Avenue North<br>Birmingham, AL 35203 | $1,878.62 |
| WHYN-FM<br>1331 Main Street, 5th Floor<br>Springfield, MA 01103 | $3,119.85 |

| | |
|---|---|
| Virginia Natural Gas<br>P.O. Box 79096<br>Baltimore, MD 21279-0096 | $9.48 |
| Kensington Furniture<br>6496 Redland Sarepta Road<br>Houlka, MS 38850 | $61,920.47 |
| Gold Harp, Inc.<br>c/o Cathy Hwang, CEO<br>6060 Neely Farm Drive<br>Norcross, GA 30092 | $2,168.15 |
| BNP Paribas<br>Robert T. Schmidt, Esq.<br>Kramer Levin, et al.<br>1177 Avenue of the Americas<br>New York, NY 10036 | $178.04 |
| American Services Inc.<br>23331 Via Venado<br>Trabuco Canyon, CA 92679 | $303.98 |
| Total: | $107,037.72 |

The Trustee will submit a check in the amount of $107,037.72 payable to "Clerk, United States Bankruptcy Court" for disposition under Chapter 129 of Title 28, U.S. Code.

On this 3rd day of November, 2015.

/s/ Herbert C. Broadfoot II
Herbert C. Broadfoot II
Georgia Bar No. 083750
Chapter 7 Trustee

HERBERT C. BROADFOOT II, P.C.
3343 Peachtree Road NE, Suite 200
Atlanta, Georgia 30326
Telephone: (404) 926-0058
Fax: (404) 926-0055
bert@hcbroadfootlaw.com

## CERTIFICATE OF SERVICE

THIS IS TO CERTIFY that I have this date served the within and foregoing *NOTICE OF PAYMENT OF FUNDS INTO COURT*, by depositing a true and correct copy of same in the United States mail, first class postage prepaid, and addressed as follows:

Office of the United States Trustee
362 Richard B. Russell Federal Building
75 Ted Turner Drive, SW
Atlanta, GA  30303

Cass Communications
c/o Alloy, Inc.
50 W. 23rd Rear 10
New York, NY 10010

City Management Group, Ltd.
c/o Earl Weiss, Registered Agent
21190 Center Ridge Road
Rocky River, OH 44116

National Cable Communications Credit & Recovery
1025 Old Country Road, Suite 303S
Westbury, NY 11590

Gypsy Ann Rodriquez
c/o Michelle Begley
1284 Elm Street, Suite 3
West Springfield, MA 01089

WAVY-TV
Communications Credit and Recovery
1025 Old Country Road, Suite 303S
Westbury, NY 11590

WDWB-TV
27777 Franklin Road, Suite 1220
Southfield, MI 48034

WVBT-TV
Communications Credit and Recovery
1025 Old Country Road, Suite 303S
Westbury, NY 11590

John Meltzer Properties
c/o Briggs Crowder, LLC
4621 West Napoleon Avenue, Suite 106
Metairie, LA 70001

ADT SECURITY SER CANADA, INC.
940 6TH AVENUE S, SUITE 700
CALGARY, ALBERTA T29 3T1
CANADA

AT&T CANADA
P.O. BOX 333
STATION M
TORONTO, ONTARIO M6S 4W9
CANADA

EPCOR
10065 JASPER AVENUE, NW
EDMONTON ALBERTA T5J 3B1
CANADA

Radio One, Inc.
5900 Princess Garden Pkwy
Lanham, MD 20706

Republic K.C. Real Property
2101 Crawford Suite 220
Houston, TX 77002

Rogan Brothers Sanitation
P.O. Box 1076
Yonkers, NY 10703

Winnepeg Free Press
1355 MOUNTAIN AVENUE
WINNIPEG MANITOBA R2X 3B6
CANADA

Viking Office Products, Inc.
Attn: Bankruptcy Dept.
8200 E. 32nd North
Wichita, KS 67226

City of Austin
Attn: Don V. Ploeger, Asst. Attorney
P.O. Box 96
Austin, TX 78767

The Commercial Appeal
495 Union Ave.
Memphis, TN 38103

Gilroy Downes Horowitz & Goldstein
67 Wall Street, Suite 2401
New York, NY 10005-3101

Republic Services of NJ
Midco Waste Division
5 Industrial Drive
New Brunswick, NJ 08901

Montgomery County MD
c/o Nadean Pederson, Asst. Co. Attorney
101 Monroe Street
Rockville, MD 20850

Orlando Sentinel
Tribune Finance Service Center
435 N. Michigan Avenue, 2nd Floor
Chicago, IL 60611

Alabama Media Group
The Birmingham News
1731 1st Avenue North
Birmingham, AL 35203

WHYN-FM
1331 Main Street, 5th Floor
Springfield, MA 01103

Virginia Natural Gas
P.O. Box 79096
Baltimore, MD 21279-0096

Kensington Furniture
6496 Redland Sarepta Road
Houlka, MS 38850

Gold Harp, Inc.
c/o Cathy Hwang, CEO
6060 Neely Farm Drive
Norcross, GA 30092

BNP Paribas
Robert T. Schmidt, Esq.
Kramer Levin, et al.
1177 Avenue of the Americas
New York, NY 10036

American Services Inc.
23331 Via Venado
Trabuco Canyon, CA 92679

Dated: November 3, 2015

/s/ Herbert C. Broadfoot II
Herbert C. Broadfoot II
Georgia Bar No. 083750
Chapter 7 Trustee

HERBERT C. BROADFOOT II, P.C.
3343 Peachtree Road NE, Suite 200
Atlanta, Georgia 30326
Telephone: (404) 926-0058
Fax: (404) 926-0055
bert@hcbroadfootlaw.com